UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| COREY DESHAWN PRIEST,<br><br>    Plaintiff,<br> vs.<br><br>MAJOR BEARD,<br>SHERIFF BECHER,<br><br>    Defendants. | No. 1:06-cv-1440-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that 1) the plaintiff's claims concerning the conditions at the Clark County Jail are **dismissed without prejudice,** and 2) all other claims are **dismissed with prejudice.**

Date: 01/18/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Corey Deshawn Priest
81012-000
Clark County Jail
501 East Court Ave.
Jeffersonville, IN 47130

Michael Roy Morow
STEPHENSON MOROW & SEMLER
mmorow@stephlaw.com